IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HOLLY RUTH, | ) |
|         Plaintiffs, | ) |
| v. | ) Case No. 21-0573-CV-W-BCW |
| LOWE'S HOME CENTER, LLC., | ) |
|         Defendant. | ) |

## ORDER OF DISMISSAL

Having been notified of the settlement of this matter and it appearing that no issue remains for the Court's determination with respect to these claims, it is hereby

ORDERED this matter is DISMISSED without prejudice. In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this Order. In addition, the Court retains jurisdiction over enforcement of the settlement agreed to by the parties.

IT IS SO ORDERED.

DATED: June 10, 2022

                                                /s/ Brian C. Wimes
                                                JUDGE BRIAN C. WIMES
                                                UNITED STATES DISTRICT COURT